# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 15-28174 |
|---|---|---|---|
| Murad Jurishi | ) | | |
| Debtors | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Janet S. Baer |

## NOTICE OF MOTION

**To:**   Murad Jurishi, 4710 Peacock Lane, Plainfield, IL, 60586

Tom Vaughn, 55 E. Monroe St # 3850 , Chicago, IL, 60603

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on June 2, 2016 **at 9:30 am** I shall appear before the Honorable Judge **Janet S. Baer** at 219 S. Dearborn, Courtroom 615, Chicago IL 60604 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

**By:**   */s/ Kyle Thomas Dallmann*
Kyle Thomas Dallmann

## CERTIFICATE OF SERVICE

I, Kyle Thomas Dallmann, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 5/13/2016.

**By:**   */s/Kyle Thomas Dallmann*
Kyle Thomas Dallmann

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

Certified Services INC
Attn: Bankruptcy Dept.
1733 Washington St Ste 2
Waukegan IL 60085

Chrysler Capital
Attn: Bankruptcy Dept.
Po Box 961275
Fort Worth TX 76161

Comcast
C/O Southwest Credit Syste
4120 International Pkwy
Carrollton TX 75007

Credit ONE BANK  N.A.
C/O LVNV Funding LLC
Po Box 10497
Greenville SC 29603

Credit ONE BANK NA
Attn: Bankruptcy Dept.
Po Box 98875
Las Vegas NV 89193

Creditors Discount & A
Attn: Bankruptcy Dept.
415 E Main St
Streator IL 61364

First Premier BANK
Attn: Bankruptcy Dept.
601 S Minnesota Ave
Sioux Falls SD 57104

Illinois State Toll Hwy Auth
Attn: Legal Dept - Bob Lane
2700 Ogden Ave.
Downers Grove IL 60515-1703

Ingalls Memorial Hospital
Bankruptcy Department
1 Ingalls Drive
Harvey IL 60426

Vision Financial Services
Bankruptcy Dept.
555 Michigan Ave., Ste. 204
LaPorte IN 46350

MRSI
Attn: Bankruptcy Dept.
2250 E Devon Ave Ste 352
Des Plaines IL 60018

Prestige Financial SVC
Attn: Bankruptcy Dept.
1420 S 500 W
Salt Lake City UT 84115

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Michael Torchalski
Bankruptcy Department820 E Terra Cotta #207
Crystal Lake IL 60014

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

SLM Financial CORP
Attn: Bankruptcy Dept.
11100 Usa Pkwy
Fishers IN 46037

Village of Midlothian
Attn: Bankruptcy Department
14801 Pulaski Rd.
Midlothian IL 60445

Vision Financial Servi
Attn: Bankruptcy Dept.
1900 W Severs Rd
La Porte IN 46350

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 15-28174 |
| --- | --- | --- | --- |
| Murad Jurishi | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Janet S. Baer |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Mr. Murad Jurishi (the "Debtor"), by and through his attorneys, Geraci Law L.L.C., to present his **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 08/18/2015.

3. Recently the Debtor lost his job.

4. This caused him to fall behind on his Trustee obligations.

5. Now, while he is back to work and able to make the payments going forward, he does not have the disposable income necessary to also catch up on his Chapter 13 default.

6. If the default were deferred to the end of the plan term, there would be no change to the dividend to unsecured creditors and the Debtor would eventually be able to complete his Chapter 13 plan payments and obtain a discharge.

WHEREFORE THE DEBTOR, Mr. Murad Jurishi, respectfully requests this Honorable Court enter an order:

1. Modifying the confirmed plan to defer any arrearage owed to the end of the plan term.

          **By:**____*/s/ Kyle Thomas Dallmann*__
                Kyle Thomas Dallmann

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960