UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-28174 |
| Murad Jurishi | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING CONFIRMED PLAN**

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, the court orders as follows:

1. The Debtor's Chapter 13 plan is hereby modified to defer the current arrears to the end of the plan.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 02, 2016

**Prepared by:**

Geraci Law, LLC
55 E. Monroe Street, STE 3400
Chicago, IL 60603
(P) 312-332-1800 (F) 877-247-1960 (E)
ndil@geracilaw.com